**Order entered July 29, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00902-CV

### TEN HAGEN EXCAVATING, INC., Appellant

### V.

### JOSE CASTRO-LOPEZ, ET AL., Appellees

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-00454-A**

## ORDER

We **GRANT** appellant's July 24, 2015 unopposed motion for an extension of time to file a notice of appeal. The notice of appeal filed on July 24, 2015 is deemed timely for jurisdictional purposes.

/s/     ELIZABETH LANG-MIERS
          JUSTICE